# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT WRITTEN OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 2,566.—DAVID V. WILSON, Appellant, *v.* DORA WEIGERT, Respondent.

*Appeal from District Court, Missoula County; F. C. Webster, Judge.*

On motion to dismiss appeal.

Decided December 3, 1908.

Per Curiam.—It is this day ordered that the appeal herein be, and the same is hereby, dismissed in accordance with motion of appellant.

*Messrs. Woody & Woody,* and *Messrs. Marshall & Stiff,* for Appellant.

No. 2,653.—STATE ex rel. WM. JOHNS et al., Relators, *v.* THE CITY OF BUTTE, Respondent.

Decided December 8, 1908.

Per Curiam.—Relators' petition for permission to file a complaint herein in the nature of a *quo warranto* proceeding, submitted on December 3, 1908, is hereby denied.

*Mr. Albert J. Galen,* and *Mr. J. J. McCaffery,* for Relators.